# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131921

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                                           SC: 131921
                                                           COA: 268307

JOHN PATRICK EMERICK,
     Defendant-Appellant.
                                                           St. Clair CC: 00-001829-FC

_____/

     On order of the Court, the application for leave to appeal the June 27, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2006

Clerk

d1218